EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | 2008 TSPR 168 |
| --- | --- |
| Enmienda a los Artículos III Y V del Reglamento de la Junta de Personal de la Rama Judicial | 175 DPR _____ |

Número del Caso: EP-2008-3

Fecha: 22 de octubre de 2008

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**

Enmienda a los Artículos III
y V del Reglamento de la
Junta de Personal de la
Rama Judicial

*Núm.* EP–2008–03

## RESOLUCIÓN

En San Juan, Puerto Rico, a 22 de octubre de 2008.

Previa recomendación de la Directora Administrativa de los Tribunales, se enmiendan los Artículos III y V del Reglamento de la Junta de Personal de la Rama Judicial, según enmendado, para que dispongan, lo siguiente:

...

Artículo III – Organización de la Junta

(a)...
(b)...
(c)...
(d)...
(e)...
(f)...
(g)...
(h)    Los expedientes de las querellas y apelaciones presentadas ante la Junta de Personal se conservarán en la Secretaría de la Junta de Personal hasta que transcurran cinco (5) años contados a partir de la fecha de efectividad de la resolución. Luego serán trasladados al Archivo Central de la Rama Judicial donde se conservarán por cinco (5) años adicionales. Transcurrido dicho término, el Archivo Central de la Rama Judicial dispondrá de dichos documentos, conforme a la normativa aplicable.

(i) La Junta de Personal de la Rama Judicial dispondrá de los documentos administrativos conforme la normativa adoptada por la Rama Judicial para la conservación y disposición de documentos.

...

Artículo V – Deberes y atribuciones del Secretario

(a)...

(b)...

(c)...

(d)...

(e)...

(f)...

(g)...

(h) Remitirá al Archivo Central de la Rama Judicial aquellos expedientes de querellas y apelaciones en los que hayan transcurrido cinco (5) años contados a partir de la fecha de efectividad de la resolución.

(i) Dispondrá de los documentos administrativos conforme a la normativa adoptada por la Rama Judicial para la conservación y disposición de documentos.

...

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo